GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaCONDRA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and Does I to X,<br><br>    Defendants. | Case No.: 3:12-cv-00046-MEJ<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: December 5, 2011<br>[Alameda County Superior Court Case #RG1160-6783] |

IT IS HEREBY STIPULATED by and between Plaintiff LaCONDRA THOMPSON, by and through her attorney of record, Barry Wester, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, DEFENDANT TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: 2-7-12

*/s/ Barry Wester/*
BARRY WESTER, ESQ.
Attorneys for Plaintiff
LaCONDRA THOMPSON

-1-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER- Case No. 3:12-cv-00046-MEJ

DATED: ~~February 6, 2012~~

_____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: March 1, 2012

_____
HONORABLE MARIA-ELENA JAMES
CHIEF MAGISTRATE JUDGE

26893\569100

-2-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER- Case No. 3:12-cv-00046-MEJ